Leon James **RIDINGS**, Plaintiff–Appellant,

v.

**FEDERAL PRISON INDUSTRIES, INCORPORATED, via Steve SCHWALB, Chief Operating Officer; Kent Martin, Defendants–Appellees.**

No. 02–6099.

United States Court of Appeals, Fourth Circuit.

Submitted April 11, 2002.

Decided April 23, 2002.

Leon James Ridings, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Leon James Ridings appeals from the district court's order denying relief on his action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ridings v. Federal Prison Indus., Inc.*, No. CA–00–236–5–BO (E.D.N.C. Dec. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*